IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HI-TECH AUTOMOTIVE, LTD., an Illinois corporation, and AERON DEVERA,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE TOWN OF CICERO, an Illinois municipality, LARRY DOMINICK, in his individual capacity, ANTONIO MARZANO, in his individual capacity, and ISMAEL VARGAS, in his individual capacity,<br><br>    Defendants. | Case No. 16-cv-4230<br>Judge Ruben Castillo |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Hi-Tech Automotive, Ltd. and Aeron Devera, by their attorneys Riccardo A. DiMonte and Ryan R. Van Osdol, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against all defendants.

Date: June 17, 2016

                Respectfully submitted,
                HI-TECH AUTOMOTIVE, LTD., an
                Illinois corporation and AERON DEVERA

            By: s/ Riccardo A. Di Monte
               One of the Attorneys for Plaintiffs

Riccardo A. DiMonte
rdimonte@dimontelaw.com
ARDC: 6191706
Ryan R. Van Osdol
ARDC # 6297823
rvanosdol@dimontelaw.com
DIMONTE & LIZAK, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
(847) 698-9600 / (847) 698-9623 fax
Firm ARDC:  768

## **CERTIFICATE OF SERVICE**

      I, Riccardo A. DiMonte, do hereby certify under penalties of perjury, that by 5:00 p.m. on **June 17, 2016,** I served (or caused to be served) upon counsel of record, via the court's electronic notification system, a copy of the **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**.

                                       By:    /s/ Riccardo A. DiMonte
                                                           Riccardo A. DiMonte